# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Eric D. Richardson**<br>　　　　　　　　　　**Debtor(s)**<br><br>**HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-7**<br>　　　　　　　　　　**Movant**<br>　　　　　vs.<br><br>**Eric D. Richardson**<br>　　　　　　　　　　**Respondent**<br><br>**Natalie Lutz Cardiello Esq.**, (**Trustee**)<br>　　　　　　　　　　**Additional Respondent** | **BK NO. 20-20464 GLT**<br><br>**Chapter 7**<br><br>**Related to Document No. 19**<br><br>**Hearing Date: May 12, 2020**<br><br>**Hearing Time: 10:00AM**<br><br>**Objection Deadline: April 17, 2020** |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 11, 2020</u>, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Eric D. Richardson
4008 Maryland Avenue
Finleyville, PA 15332

<u>Attorney for Debtor(s)</u>
Christopher M. Frye, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

<u>Trustee</u>
Natalie Lutz Cardiello Esq.
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net

Method of Service: electronic means or first class mail

Dated: <u>May 11, 2020</u>

　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire** ___
　　　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant